UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEAN BROOKER, | ) | Case No. 06 CV 1969 H (WMc) |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| MERCK & COMPANY, INC.  a<br>corporation; MCKESSON<br>CORPORATION, a corporation;<br>DOES 1 to 50, inclusive, | ) | |
| Defendants. | ) | |

The Early Neutral Evaluation conference in the above-entitled matter, which was previously scheduled for November 6, 2006 at 3:00 p.m., *is vacated* until further notice by the Court.

Dated: September 27, 2006

WILLIAM McCURINE, JR.
United States Magistrate Judge

COPY TO:

HONORABLE MARILYN L. HUFF, U.S. DISTRICT JUDGE

ALL PARTIES & COUNSEL OF RECORD

06cv1969 H (WMc)