# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN BROOKER,<br><br>                      Plaintiff,<br>  vs.<br><br>MERCK & COMPANY, INC. (a/k/a MERCK & CO., INC.), et al.,<br><br>                      Defendant. | CASE NO.06-CV-1969-H-WMC<br><br>**ORDER SCHEDULING RESPONSE DATE TO PLAINTIFF'S MOTION TO REMAND** |

Defendants removed this action on September 19, 2006. (Doc. No. 1.) Plaintiff filed a motion to remand on October 13, 2006. (Doc. No. 8.) Defendants shall respond to Plaintiff's motion to remand on or before **November 13, 2006**, and Plaintiff shall file any reply on or before **November 20, 2006**. The Court will either submit the motion on the papers pursuant to its discretion under Civil Local Rule 7.1(d)(1), transfer the case pursuant to an order from the Judicial Panel on Multidistrict Litigation, or set a hearing date after receiving Defendants' response. Additionally, the Court notes that several similar cases have been transferred with pending motions from the Southern District of California to the ongoing mulitidistrict litigation, In re Vioxx Products Liability Litigation, currently proceeding in the Eastern District of Louisiana.

IT IS SO ORDERED

DATED: October 20, 2006

                                         _/s/ Marilyn L. Huff_
                                         MARILYN L. HUFF, District Judge
                                         UNITED STATES DISTRICT COURT

1 | <u>Copies to</u>:

2 | Robert F. Clarke
Philips & Associates
3 | 3030 North Third Street, Suite 1100
Phoenix, AZ 85012

4 |

5 | Andrea L McDonald-Hicks
Reed Smith
2 Embarcadero Center, Suite 2000
6 | San Francisco, CA 94111-3922

7 | Michael K. Brown
Reed Smith
8 | 355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

9 |

10 | Kanika D. Corley
Morris Polich and Purdy
1055 West Seventh Street, 24th Floor
11 | Los Angeles, CA 90017-2550